# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK JOHNSON,** | : | |
| Plaintiff, | : | Civil No. 3:12-CV-1842 |
| v. | : | (Mannion, D.J.) |
| | | (Carlson, M.J.) |
| **UNITED STATES DEPARTMENT OF JUSTICE and ERIC HOLDER, ATTORNEY GENERAL,** | : | |
| Defendants. | : | |

## ORDER

**IT IS HEREBY ORDERED**, after a review of the record de novo:

(1) Plaintiff's motion for leave to proceed *in forma pauperis*, (Doc. No. 8), is **GRANTED**.

(2) The report and recommendation, (Doc. No. 5), of Judge Carlson is **ADOPTED** in its entirety.

(3) Plaintiff's motions to compel discovery, (Doc. Nos. 7 and 15), are **DENIED**.

(4) Plaintiff's motion for leave to amend his complaint, (Doc. No. 10), is **DENIED**.

(5) Plaintiff's complaint, (Doc. No. 1), is **DISMISSED WITH PREJUDICE**.

(6) The clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: May 8, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-1842-01-ORDER.wpd